1

2

3

4

5

6

7

8

9

10            UNITED STATES DISTRICT COURT

11          SOUTHERN DISTRICT OF CALIFORNIA

12

13 | DENNIS GORDON,                    | Case No.:  06cv2304 IEG (WMc)

14                Plaintiff,

15        vs.                          | **ORDER REGARDING PLAINTIFF'S**
                                       | **DISMISSAL OF ALL EMOTIONAL**
16                                     | **DISTRESS DAMAGES**
   PRUDENTIAL FINANCIAL, INC.; JOHN
17 GREENE, and individual; MATTHEW
   VOELKER, an individual and DOES 1
18 through 25 inclusive,

19                Defendants.

20

21

22        Plaintiff, DENNIS GORDON, and Defendants, PRUDENTIAL FINANCIAL, INC.

23 ("PRUDENTIAL"), MATTHEW VOELKER ("VOELKER"), and JOHN GREENE

24 ("GREENE"), through their counsel of record, stipulated to the entry of the following Order

25 regarding Plaintiff's Dismissal of all emotional distress damages in this action.

26        WHEREAS, at Plaintiff's deposition on April 18, 2008, Plaintiff and his counsel

27 voluntarily agreed on the record to waive all emotional distress damages in this action, including

28 both independent claims therefor and as an element of damages in other claims, the Parties request

the Court order the following:

     1.     Dismissal  with prejudice of Plaintiff's Sixth Claim for Relief for Intentional Infliction of Emotional Distress against all Defendants.

     2.     Dismissal with prejudice of Plaintiff's Seventh Claim for Relief for Negligent Infliction of Emotional Distress against all Defendants.

     3.     Paragraph 46 of Plaintiff's First Claim for Relief be stricken from the Complaint.

     4.     Paragraph 54 of Plaintiff's Second Claim for Relief be stricken from the Complaint.

     5.     Paragraph 64 of Plaintiff's Third Claim for Relief be stricken from the Complaint.

     6.     Paragraph 82 of Plaintiff's Fifth Claim for Relief be stricken be stricken from the Complaint.

**IT IS SO ORDERED**.

DATED:  June 2, 2008

IRMA E. GONZALEZ, Chief Judge
United States District Court